IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RICKEY TYRONE GIDDENS, | * |
| Plaintiff, | * |
| v. | Case No. 7:19-CV-141(LAG) |
| | * |
| HUGH LAWSON, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 25, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 25th day of September, 2019.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk